THE PEOPLE ex rel. ALEXANDER D. CLARK vs. THE JUDGES OF ESSEX COMMON PLEAS.

*Motion by the relator on filing alternative mandamus, &c.; for peremptory mandamus to compel the defendants to try cause.*

E. PEARSON, *Relators Counsel.*          M. T. CLOUTH, *Relators Atty.*
A. C. HAND, *Defts Counsel.*

BEARDSLEY, Justice.—Denied the motion because the alternative writ was served in vacation, without prejudice or costs.

Rule accordingly.